

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00192-CR

DEMARIO SHAMOND SIBLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR18-001

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Appellant Demario Shamond Sibley has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     November 26, 2018
Date Decided:     November 27, 2018

Do Not Publish